In the Matter of FACTORY MUTUAL LIABILITY INSUR-
ANCE COMPANY OF AMERICA, Respondent, against
GEORGE S. VAN SCHAICK, as Superintendent of Insur-
ance of the State of New York, Appellant.

(Argued April 26, 1932; decided May 10, 1932.)

*John J. Bennett, Jr., Attorney-General* (*Harold Green-
stein* of counsel), for appellant.

*Louis J. Wolff, Felix Hebert* and *David Rumsey* for
respondent.

Appeal dismissed, with costs, on the ground that the
order appealed from is not a final order; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG,
O'BRIEN, HUBBS and CROUCH, JJ.